# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### NO. 03-14-00632-CV

**Karl B. Bailey, Appellant**

**v.**

**MidFirst Bank, Appellee**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 250TH JUDICIAL DISTRICT
### NO. D-1-GN-14-002430, HONORABLE GUS J. STRAUSS JR., JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Karl B. Bailey has filed an unopposed motion to dismiss this appeal, indicating that the parties have settled the underlying dispute. We grant the motion and dismiss the appeal.[1]

_____

Bob Pemberton, Justice

Before Justices Puryear, Pemberton, and Bourland

Dismissed on Appellant's Motion

Filed: August 31, 2016

---

[1] *See* Tex. R. App. P. 42.1(a)(1).